IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NORMA MARQUEZ, | No. C 13-5320 RS |
| Plaintiff, | **ORDER CONTINUING HEARING DATE** |
| v. | |
| BROOKDALE SENIOR LIVING, et al., | |
| Defendant. | |

In light of the untimely filing of an opposition by plaintiff, the hearing on defendant's motion to compel arbitration and for sanctions is hereby continued to April 3, 2014. Defendant may file a reply brief no later than March 14, 2014. Nothing in this order precludes a subsequent determination that the opposition should be disregarded as untimely, or that the matter will be submitted without oral argument.

IT IS SO ORDERED.

Dated: 3/7/14

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

1

No. C 13-5320 RS
ORDER